1056

[No. 13508-2-I. Division One. January 15, 1986.]

MARGO E. WAID, *Appellant*, v. THE DEPARTMENT OF
LICENSING, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 82-2-08688-6, Frank H. Roberts, Jr., J.,
entered June 21, 1983. *Affirmed* by unpublished opinion
per Webster, J., concurred in by Swanson, J., and Petrie, J.
Pro Tem. Now published at 43 Wn. App. 32.

[No. 13252-1-I. Division One. January 15, 1986.]

DEBRA K. LOWREY, *Respondent*, v. THE DEPARTMENT
OF LICENSING, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 82-2-00463-7, Christopher M. Eagan, J. Pro
Tem., entered May 17, 1983. *Reversed* and *remanded* by
unpublished opinion per Webster, J., concurred in by
Swanson, J., and Petrie, J. Pro Tem.

[No. 7312-9-II. Division Two. January 15, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. BARBARA
J. MECKLER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 83-1-00129-1, Terence Hanley, J., entered
August 25, 1983. *Affirmed* by unpublished opinion per
Alexander, J., concurred in by Worswick, C.J., and Reed, J.